IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GRANUTECH-SATURN SYSTEMS CORPORATION OF AMERICA, a Delaware Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>U-PULL IT, INC., a Nebraska Corporation;<br><br>Defendant. | **8:25CV428**<br><br>**ORDER TO SHOW CAUSE** |

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

The complaint was filed on June 30, 2025. Filing No. 1. Plaintiff filed a return of service indicating service on Defendant on July 10, 2025. Filing No. 7. No answer or other responsive pleading has been filed. Plaintiff has a duty to prosecute the case and may, for example, seek default judgment in accordance with the applicable rules or take other action as appropriate.

Accordingly,

IT IS ORDERED that Plaintiffs shall have until October 15, 2025 to show cause why this case should not be dismissed pursuant to NECivR 41.2 for want of

prosecution. The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 15th day of September, 2025.

BY THE COURT:

<u>s/ Jacqueline M. DeLuca</u>
United States Magistrate Judge